# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DYLAN PIZZOLATO

    CONSOLIDATED WITH

PRISCILLA NOEL LEFEBURE

VERSUS

DYLAN JACOB PIZZOLATO

NO.  2023 CW 0204

**APRIL 24, 2023**

---

In Re:   Katherine Reznik Benoit, applying for supervisory writs, Family Court Judicial District Court, Parish of East Baton Rouge, No. 217897 c/w 218072.

---

**BEFORE:   WELCH, PENZATO, AND LANIER, JJ.**

    **WRIT DENIED.**

               **JEW**
               **AHP**
               **WIL**

COURT OF APPEAL, FIRST CIRCUIT

*a.s.*

---
DEPUTY CLERK OF COURT
    FOR THE COURT